UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESBEYDE ESPINOZA TAMAYO,<br><br>Petitioner,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Respondent. | No. 1:19-cv-00317-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO CONSENT TO OR DECLINE FROM MAGISTRATE JURISDICTION**<br><br>**(Doc. 6)** |

    On March 8, 2019, Plaintiff Esbeyde Espinoza Tamayo filed a complaint seeking review of Defendant's denial of Plaintiff's application for disability benefits. Doc. 1. On March 11, 2019, the Court issued a scheduling order (Doc. 6-1), which, among other things, directed Plaintiff to file a notice of consent to or decline from U.S. Magistrate Judge jurisdiction (Doc. 6-2) within twenty days of filing the complaint. Doc. 6-1 at ¶ 1. Although more than twenty days have passed since the complaint was filed, Plaintiff has not filed the consent/decline form.

    Accordingly, Plaintiff is hereby DIRECTED to file the notice of consent or decline to U.S. Magistrate Judge jurisdiction (Doc. 6-2) within ten days of this order.

IT IS SO ORDERED.

    Dated: __**May 6, 2019**__         __**/s/ Gary S. Austin**__
                                                       UNITED STATES MAGISTRATE JUDGE

1