# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESBEYDE ESPINOZA TAMAYO,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 1:19-cv-00317-GSA<br><br>**ORDER ENLARGING TIME**<br>*NUNC PRO TUNC*<br><br>**(Doc. 15)** |

On November 7, 2019, Plaintiff Esbeyde Espinoza Tamayo moved for a one-day enlargement of time to file an opening brief based on clerical error. Doc. 15. On the same day, Plaintiff filed the opening brief . Doc. 16. Defendant has not objected to the motion. Nothing in the motion or the record would support a finding that either party would be prejudiced by the Court's granting the requested enlargement of time.

Accordingly, the Court hereby ORDERS that the time in which Plaintiff may file the opening brief in the above-entitled matter be enlarged by one day.

IT IS SO ORDERED.

Dated: __November 14, 2019__    _____/s/ Gary S. Austin_____
UNITED STATES MAGISTRATE JUDGE

1

2