McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 265-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESBEYDE ESPINOZA TAMAYO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:19-cv-00317-GSA<br><br>STIPULATION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED, by and between Esbeyde Espinoza Tamayo (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision with evidentiary support for the findings. When coming to a new decision, the Appeals Council will instruct the administrative law judge (ALJ) to re-evaluate Plaintiff's ability to make an adjustment to perform other work. The Appeals Council will instruct the ALJ that further evaluation and additional vocational expert testimony is required.

Stipulation for Voluntary Remand, 1:19-cv-00317-GSA

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: January 13, 2020  By:  */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney

Dated: January 13, 2020  */s/ Laura Eve Krank*
LAURA EVE KRANK
Law Offices of Lawrence D. Rohlfing
Counsel for Plaintiff
As authorized via email

IT IS SO ORDERED.

Dated: **January 15, 2020**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand, 1:19-cv-00317-GSA

2