Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff
Esbeyde Espinoza Tamayo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESBEYDE ESPINOZA TAMAYO, | Case No.: 1:19-cv-00317-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Esbeyde Espinoza Tamayo be awarded attorney fees in the amount of THREE THOUSAND dollars ($3,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Esbeyde Espinoza Tamayo, the government will consider the matter of Esbeyde Espinoza Tamayo's assignment of EAJA fees to Laura E. Krank.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Esbeyde Espinoza Tamayo, but if the Department of the Treasury determines that Esbeyde Espinoza Tamayo does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Esbeyde Espinoza Tamayo.[1]  Any payments made shall be delivered to Laura E. Krank.

This stipulation constitutes a compromise settlement of Esbeyde Espinoza Tamayo's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Esbeyde Espinoza Tamayo and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: March 9, 2020                     Respectfully submitted,

                                        ROHLFING & KALAGIAN, LLP

                                                /s/ *Laura E. Krank*
                                        BY:_____
                                        Laura E. Krank
                                        Attorney for plaintiff Esbeyde Espinoza Tamayo


DATED: March 9, 2020                    McGREGOR W. SCOTT
                                        United States Attorney


                                                /s/ *S. Wyeth McAdam*
                                        _____
                                        S. WYETH MCADAM
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant
                                        ANDREW SAUL, Commissioner of Social
                                        Security (Per e-mail authorization)


IT IS SO ORDERED.

   Dated:   **June 29, 2020**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE